IT IS SO ORDERED.
s/Jonathan D. Greenberg
U.S. MAGISTRATE JUDGE
6/28/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF PARSSON, | ) | CASE NO. 1:18-CV-00652 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL, WITH PREJUDICE.** |
| HAMPTONS APARTMENTS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Jeff Parsson and Defendant, Hamptons Apartments, LLC, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff dismisses his Complaint, with prejudice, court costs to Plaintiff.

Respectfully submitted,

/s/ Horace F. Consolo
Frank  Consolo (0042455)
Horace F. Consolo (0096571)
CONSOLO LAW FIRM CO., LPA
212 Hoyt Block
700 West St. Clair Avenue
Cleveland, OH 44113
Tel.: (216) 696-5400
Fax: (216) 696-2610
Email: fconsolo@consololaw.com
Email: hconsolo@consololaw.com
*Attorneys for Plaintiff Jeff Parsson*

/s/ Fred N. Carmen
Fred N. Carmen (0014774)
27800 Cedar Road
Beachwood, OH 44122
Tel.: (216) 831-1400
Email: fred@carmenlaw.com
Email: fncarm@aol.com
*Attorney for Defendant,*
*Hampton Apartments, LLC*